IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TERI WESTER, and　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
JACK WESTER

V.　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:16-CV-58-SA-JMV

JINHUA HUADUN MOTORCYCLE ARTICLES CO. Ltd., and
HASSAN YOUSSEF　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

The court takes up, *sua sponte*, the dismissal of this case. The Clerk of Court served the Plaintiff with notice of incomplete process as to the Defendants. The Plaintiff has not responded. The Court cannot process this case in an expeditious manner. As such, this case is hereby DISMISSED without prejudice for failure to prosecute and for failure to comply with an order of the court under Federal Rule of Civil Procedure 41(b).

SO ORDERED, this the 16th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/   Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE